**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Duluth Building Trades Health Fund, | Case No.: 20-cv-00876 (PAM/LIB) |
| Plaintiff, | |
| vs. | **NOTICE OF DISMISSAL** |
| Plumbing and Heating Solutions Inc., | |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiff, through its undersigned counsel, hereby dismisses this action under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated this 27th day of April 2020

ANDREW, BRANSKY & POOLE, P.A.

s/ Jane C. Poole
Jane C. Poole, #0391069
302 West Superior Street, Suite 300
Duluth, MN 55802
Telephone: (218) 722-1764
Fax: (218) 722-6137
jpoole@duluthlawfirm.com

Attorneys for Plaintiff